```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

         JUL 08 2020

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Antione Thomas

    Defendant.

Case No. 2:20-cr-145-APG-EJY

**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

    I understand that I have a right to appear in person in court at the initial appearance and detention hearings in this case scheduled for July 8, 2020. I have been advised of the nature of these proceedings and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

    Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_Adam Wong for Antione Thomas_  7/8/2020
Defendant's Signature     (date)

_Adam Wong_ 7/8/2020
Signature of Defendant's Attorney     (date)

_Andrew Wong_
Printed Name of Defendant's Attorney

_[signature]_
Judge's Signature     (date)

Brenda Weksler, U.S. Magistrate Judge
Judge's Printed Name and Title

1