CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
JAMES A. BLUM
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Blum@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTIONE THOMAS,<br><br>Defendant.<br><br>REGINALD NEROES, and<br>MONICA NEROES,<br><br>Petitioners. | 2:20-CR-145-APG-EJY<br><br>**Stipulation for Entry of Order of Forfeiture as to Reginald Neroes and Monica Neroes and Order** |

The United States of America and Reginald Neroes and Monica Neroes, agree as follows:

1. The government filed a Six-Count Superseding Criminal Information against Antione Thomas for violations of 18 U.S.C. § 922(a)(1)(A), 18 U.S.C. § 922(g)(1), and 21 U.S.C. § 841(a)(1). Superseding Criminal Information, ECF No. 31.

2. Antione Thomas pled guilty to Counts One through Six of the Six-Count Superseding Criminal Information charging him in Count One with dealing in firearms without a license in violation of 18 U.S.C. § 922(a)(1)(A), in Counts Two through Four and Six with felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), and in Count Five with distribution of a controlled substance in violation of 21 U.S.C. 841(a)(1), and

1

agreed to the forfeiture of property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information. Superseding Criminal Information, ECF No. 31; Plea Agreement, ECF No. 33; Arraignment & Plea, ECF No. 35.

3. Reginald Neroes and Monica Neroes had reported the property stolen in 2018, and the United States became aware of the stolen-property report made by Reginald Neroes and Monica Neroes.

4. Reginald Neroes and Monica Neroes affirm that the property was stolen, that they were the owner of the property at the time of its theft, and that they have not been compensated for its value by any insurer or third party.

5. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to the abandonment, the civil administrative forfeiture, the civil judicial forfeiture, or the criminal forfeiture of the following property: a Ruger .22 caliber handgun with SN 363-37288. (property).

6. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to abandon or to forfeit the property to the United States.

7. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to relinquish all possessory rights, ownership rights, and all rights, titles, and interests in the property.

8. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to waive their right to any abandonment proceedings, any civil administrative forfeiture proceedings, any civil judicial forfeiture proceedings, or any criminal forfeiture proceedings (all of which constitutes proceedings) of the property.

9. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to waive service of process of any and all documents filed in this action or any proceedings concerning the property.

10. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to waive any further notice to them, their agents, or their attorneys regarding the forfeiture and disposition of the property.

11. Reginald Neroes and Monica Neroes knowingly and voluntarily agree not to file any claim, answer, petition, or other documents in any proceedings concerning the property.

12. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to withdraw any claims, answers, counterclaims, petitions, or other documents they filed in any proceedings concerning the property.

13. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to waive the statute of limitations, the CAFRA requirements, Fed. R. Crim. P. 7, 11, and 32.2, the constitutional requirements, and the constitutional due process requirements of any abandonment proceedings or any forfeiture proceedings concerning the property.

14. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to waive their right to a hearing on the forfeiture of the property.

15. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to waive (a) all constitutional, legal, and equitable defenses and claims to, (b) any constitutional or statutory double jeopardy defenses and claims concerning, and (c) any defenses and claims under the Eighth Amendment to the United States Constitution, including, but not limited to, any claim or defense of excessive fines or cruel and unusual punishments in any proceedings concerning the property.

16. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to the entry of an Order of Forfeiture of the property to the United States.

17. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to the conditions set forth in this Stipulation for Entry of Order of Forfeiture as to Reginald Neroes and Monica Neroes and Order (Stipulation).

18. Reginald Neroes and Monica Neroes knowingly and voluntarily agree to hold harmless the United States, the United States Department of Justice, the United States Attorney's Office for the District of Nevada, the United States Department of Homeland Security, the United States Bureau of Alcohol, Tobacco, Firearms and Explosives, their

///

agencies, their agents, and their employees from any claim made by her or any third party arising from the facts and circumstances of this case.

19. Reginald Neroes and Monica Neroes knowingly and voluntarily release and forever discharge the United States, the United States Department of Justice, the United States Attorney's Office for the District of Nevada, the United States Department of Homeland Security, the United States Bureau of Alcohol, Tobacco, Firearms and Explosives, their agencies, their agents, and their employees from any and all claims, rights, or causes of action of any kind that Reginald Neroes and Monica Neroes now have or may hereafter have on account of, or in any way growing out of, the seizures and the forfeitures of the property in the abandonment, the civil administrative forfeitures, the civil judicial forfeitures, and the criminal forfeitures.

20. Except as expressly stated in the Stipulation, no party, officer, agent, employee, representative, or attorney has made any statement or representation to any other party, person, or entity regarding any fact relied upon in entering into the Stipulation, and no party, officer, agent, employee, representative, or attorney relies on such statement or representation in executing the Stipulation.

21. After the property is forfeited in the criminal case, the Final Order of Forfeiture is entered, the United States District Court has signed the Stipulation concerning the property, and the United States has no outstanding evidentiary needs concerning the property, within a practicable time thereafter for the United States, the United States knowingly and voluntarily agrees to transfer the Ruger .22 caliber handgun with SN 363-37288 to Reginald Neroes and Monica Neroes.

22. The persons signing the Stipulation warrant and represent that they have full authority to execute the Stipulation and to bind the persons and/or entities, on whose behalf they are signing, to the terms of the Stipulation.

23. This Stipulation shall be construed and interpreted according to federal forfeiture law and federal common law. The jurisdiction and the venue for any dispute
/ / /

related to, and/or arising from, this Stipulation is the unofficial Southern Division of the United States District Court for the District of Nevada, located in Las Vegas, Nevada.

24. Each party acknowledges and warrants that its execution of the Stipulation is free and is voluntary.

25. The Stipulation contains the entire agreement between the parties.

26. Each party shall bear their or its own attorneys' fees, expenses, interest, and costs.

27. This Stipulation shall not be construed more strictly against one party than against the other merely by virtue of the fact that it may have been prepared primarily by counsel for one of the parties; it being recognized that both parties have contributed substantially and materially to the preparation of this Stipulation.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure and forfeiture of the property.

Dated: _____

Dated: June 17, 2021

REGINALD NEROES
*Petitioner*

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ James A. Blum

MONICA NEROES
*Petitioner*

JAMES A. BLUM
Assistant United States Attorney

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: _____

5

related to, and/or arising from, this Stipulation is the unofficial Southern Division of the United States District Court for the District of Nevada, located in Las Vegas, Nevada.

24. Each party acknowledges and warrants that its execution of the Stipulation is free and is voluntary.

25. The Stipulation contains the entire agreement between the parties.

26. Each party shall bear their or its own attorneys' fees, expenses, interest, and costs.

27. This Stipulation shall not be construed more strictly against one party than against the other merely by virtue of the fact that it may have been prepared primarily by counsel for one of the parties; it being recognized that both parties have contributed substantially and materially to the preparation of this Stipulation.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure and forfeiture of the property.

Dated: 05/28/2021

REGINALD NEROES
*Petitioner*

MONICA NEROES
*Petitioner*

Dated: 5/28/2021

CHRISTOPHER CHIOU
Acting United States Attorney

JAMES A. BLUM
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: June 22, 2021