# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-145-APG-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ANTIONE THOMAS, | |
| Defendant. | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Antione Thomas to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and shown by the United States to have the requisite nexus to Counts One through Four and Six, to which Antione Thomas pled guilty. Superseding Criminal Information, ECF No. 31; Plea Agreement, ECF No. 33; Arraignment & Plea, ECF No. 35; Amended Preliminary Order of Forfeiture, ECF No. 39.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The government served every person reasonably identified as a potential claimant in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp. Rule G(4)(a)(i)(A).

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 51.

On April 9, 2021, the United States Attorney's Office served Scavenger Armory, LLC with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail return receipt requested. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 51-1, p. 3, 6-8, 10-13, 15, 17, 25.

On April 9, 2021, the United States Attorney's Office served Reginald Neroes or Reginal Neroes or Reginald Merces in Las Vegas, Nevada with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail return receipt requested. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 51-1, p. 3, 6-8, 10-13, 16-17, 25.

On April 9, 2021, the United States Attorney's Office served Reginald Neroes or Reginal Neroes or Reginald Merces in North Las Vegas, Nevada with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail return receipt requested. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 51-1, p. 3, 6-8, 10-13, 18, 20, 25.

On April 9, 2021, the United States Attorney's Office attempted to serve Verdelle Hollaway or Verdelle Holloway in San Antonio, Texas with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail return receipt requested. The mail was returned as insufficient address. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 51-1, p. 3, 6-8, 10-13, 19-21.

On May 27, 2021, the United States Attorney's Office attempted to serve Verdelle Hollaway or Verdelle Holloway in Vail, Arizona with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail return receipt requested. The mail was returned as attempted, not known. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 51-1, p. 3, 6-8, 10-13, 22-24.

/ / /

On June 29, 2021, the United States Attorney's Office attempted to serve Verdelle Hollaway or Verdelle Holloway in Tucson, Arizona with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail return receipt requested. The regular mail was returned as attempted, not known. The certified mail was returned as unclaimed. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 51-1, p. 3, 6-8, 10-13, 26-28.

On June 21, 2021, the United States filed a proposed Stipulation for Entry of Order of Forfeiture as to Reginald Neroes and Monica Neroes and Order, ECF No. 40.

On June 22, 2021, the Court granted the Stipulation for Entry of Order of Forfeiture as to Reginald Neroes and Monica Neroes, ECF No. 41.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. an ABC Rifle Company, ABC-15, multi-caliber rifle with serial number ABC-0413;
2. a Smith and Wesson SW9VE, 9mm handgun with serial number PDH8242;
3. a Glock Model 26 Gen, 9mm handgun with serial number BFNY611;
4. an Anderson Manufacturing AM-15 multi-caliber rifle with serial number 15089602;
5. a Ruger .22 caliber handgun with SN 363-37288;
6. a Glock Model 19, 9mm handgun with serial number KTF997;

7. a Taurus PT 738, .380 caliber handgun with serial number 64327C;

8. a Gerstenberger, EMGE, 32 caliber revolver with serial number 47960;

9. a Scavenger 6, .17-.308 caliber rifle with serial number S60000;

10. a DTI-15, 5.56 caliber handgun with serial number DTI-S188970; and

11. any and all compatible magazines and ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED ___August 2_____, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE